■ In the Matter of John Walsh et al., Respondents, v Town of Allegany, Appellant. (Proceeding No. 1.) In the Matter of

JOHN WALSH et al., Respondents, v ASSESSOR OF TOWN OF ALLEGANY et al., Appellants. (Proceeding No. 2.) [890 NYS2d 887]—

 Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.